**2012–1814. State ex rel. Dawson v. Gentzler Tool & Die Corp.**
Franklin App. No. 11AP–1017, 2012-Ohio-4418.

**2013–0156. Kevin O'Brien & Assoc. Co., L.P.A. v. Tyack.**
In Mandamus.

**2013–0574. Jezek v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–Y–3831.

# CASE ANNOUNCEMENTS

*June 11, 2013*

[Cite as *06/11/2013 Case Announcements*, 2013-Ohio-2408.]

## MOTION AND PROCEDURAL RULINGS

**2013–0902. State v. Glenn.**
Cuyahoga App. No. 97314, 2013-Ohio-1652. This cause is pending before the court as a jurisdictional appeal.

Upon review of appellant's memorandum in support of jurisdiction, it is ordered by the court that the appellant shall file an amended memorandum in support of jurisdiction within 20 days of the date of this entry. The amended memorandum shall be legible and the font shall be dark enough to read. Failure to file a legible amended memorandum in support of jurisdiction shall result in dismissal of this appeal.

Appellee's memorandum in response is due within 30 days of the amended memorandum in support of jurisdiction.

## MISCELLANEOUS DISMISSALS

**2013–0126. State ex rel. Grant v. Kings Local School Dist. Bd. of Edn.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.